[No. 11890-8-III. Division Three. January 26, 1993.]

U.S. LIFE CREDIT LIFE INSURANCE COMPANY, *Respondent*, v. DAVID O. WILLIAMS, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Spokane County, No. 90-2-04807-6, James M. Murphy, J., entered September 27, 1991. *Reversed* by unpublished opinion per Shields, C.J., concurred in by Thompson and Sweeney, JJ.

[No. 11839-8-III. Division Three. January 26, 1993.]

JACK I. THODT, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Douglas County, No. 89-2-00076-5, John E. Bridges, J., entered August 27, 1991. *Affirmed* by unpublished opinion per Shields, C.J., concurred in by Munson and Sweeney, JJ.

[No. 11327-2-III. Division Three. January 26, 1993.]

JEFF GIRTZ, ET AL, *Appellants*, v. RONALD M. KLEIN, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 90-2-02251-4, John A. Schultheis, J., entered January 3, 1991. *Affirmed* by unpublished opinion per Shields, C.J., concurred in by Thompson and Sweeney, JJ.